UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ZACHARY BLUE,

       Defendant.
_____/

Case No. 1:06:CR:210

HON. GORDON J. QUIST

**<u>ORDER</u>**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed January 9, 2007, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Zachary Blue's plea of guilty to Count 3 of the Superseding Indictment is accepted. Defendant Zachary Blue is adjudicated guilty.

3. Defendant Zachary Blue shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: February 8, 2007

                                                    /s/ Gordon J. Quist
                                                  GORDON J. QUIST
                                     UNITED STATES DISTRICT JUDGE